Nicholas R. Nowicki
AZ Lic. # 029740
McDonough & Nowicki PLLC
3011 36th Avenue South, #6
Minneapolis, MN 55406
Telephone: 612-217-0257
Email: nik@mcnowick.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Fred Crandell*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell, | Case No.: CV-15-02354-PHX-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT DISCOVER FINANCIAL SERVICES, INC., ONLY** |
| Experian Information Solutions, Inc., et al., | |
| Defendants. | |

1

NOW COMES the Plaintiff, Fred Crandell, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached with Defendant Discover Financial Services, Inc., ONLY, and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

DATED: December 15, 2015                    MCDONOUGH & NOWICKI PLLC


                                            By: ___/s/   Nicholas Nowicki_____
                                            Nicholas Nowicki
                                            Attorneys for Plaintiff,
                                            Fred Crandell