# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　　　Defendants. | No. CV-15-02354-PHX-GMS<br><br>**ORDER** |

The Court has been advised that Plaintiff has settled with Defendant Equifax Information Services, LLC Only (Doc. 21).

**IT IS ORDERED** that Defendant Equifax Information Services, LLC will, without further Order of this Court, be dismissed with prejudice **within 60 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** Defendant Equifax Information Services, LLC on **February 19, 2016** without further leave of Court.

Dated this 22nd day of December, 2015.

*[signature]*
Honorable G. Murray Snow
United States District Judge