Nicholas R. Nowicki
AZ Lic. # 029740
McDonough & Nowicki PLLC
3011 36th Avenue South, #6
Minneapolis, MN 55406
Telephone: 612-217-0257
Email: nik@mcnowick.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Fred Crandell*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell, | Case No.:  CV-15-02354-PHX-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DISCOVER FINANCIAL SERVICES, INC.** |
| Experian Information Solutions, Inc. an Ohio corporation; Trans Union, LLC a Delaware limited liability company; Equifax Information Services, LLC, a Georgia corporation; Chase Bank USA, N.A., a National Association; Discover Financial Services, Inc., a Delaware corporation; and Synchrony Bank, an Ohio corporation. | |
| Defendants. | |

1

Plaintiff, through counsel undersigned, hereby dismisses the within action against Discover Financial Services, Inc., with prejudice and without costs to either party.

DATED: January 27, 2016

MCDONOUGH & NOWICKI, PLLC

By: */s/  Nicholas R. Nowicki*
Nicholas R. Nowicki
Attorneys for Plaintiff,
Fred Crandell