Nicholas R. Nowicki
AZ Lic. # 029740
McDonough & Nowicki PLLC
555 7th St. West
St. Paul, MN 55102
Telephone: 612-217-0257
Email: nik@mcnowick.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Fred Crandell*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Experian Information Solutions, Inc. an Ohio corporation; Trans Union, LLC a Delaware limited liability company; Equifax Information Services, LLC, a Georgia corporation; Chase Bank USA, N.A., a National Association; Discover Financial Services, Inc., a Delaware corporation; and Synchrony Bank, an Ohio corporation.<br><br>　　　　　Defendants. | Case No.:  CV-15-02354-PHX-GMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC** |

1

|   |   |
|---|---|
| 1 |  |
| 2 | Plaintiff, through counsel undersigned, hereby dismisses the within action against Equifax Information Services, LLC, with prejudice and without costs to either party. |

Plaintiff, through counsel undersigned, hereby dismisses the within action against Equifax Information Services, LLC, with prejudice and without costs to either party.

DATED: January 27, 2016

                              MCDONOUGH & NOWICKI, PLLC

By:   */s/  Nicholas R. Nowicki*
Nicholas R. Nowicki
Attorneys for Plaintiff,
Fred Crandell