TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Fred Crandell*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell, | Case No.: CV-15-02354-PHX-GMS |
| Plaintiff, | Hon. G. Murray Snow |
| vs. | |
| Experian Information Solutions, Inc. an Ohio corporation; Trans Union, LLC a Delaware limited liability company; Chase Bank USA, N.A., a National Association; Capital One Bank USA N.A., a National Association; and Synchrony Bank, an Ohio corporation. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

1

Plaintiff and Defendant Capital One Bank USA, N.A. (hereinafter referred to as "Capital One"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant Capital One, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith. By the signatures of their counsel below, Defendants Experian Information Solutions, Inc., Trans Union LLC, Chase Bank USA, NA, and Synchrony Bank confirm pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that they have no objection to Plaintiff's dismissal of Defendant Capital One.

DATED this 17th day of May, 2016

| | |
|---|---|
| */s/ James Burr Shields, II* . | /s/   *Trinette G. Kent*   . |
| James Burr Shields II | Trinette G. Kent |
| AIKEN SCHENK HAWKINS | KENT LAW OFFICES |
| & RICCIARDI, P.C. | *Attorney for Plaintiff* |
| *Attorney for Defendant Capital One* | |
| | /s/ *Gregory S. Martin*   . |
| /s/ *Nedda R. Gales*   . | Gregory S. Martin |
| Brian J. Schulman | (Admitted *Pro Hac Vice*) |
| Nedda R. Gales | JONES DAY |
| GREENBERG TRAURIG, LLP | and |
| *Attorneys for Defendant Chase* | Jonathan R. Dessaules |
| | DESSAULES LAW GROUP |
| /s/  *Philip R. Wooten*   . | *Attorneys for Defendant Experian* |
| Philip R. Wooten | |
| PHILIP R. WOOTEN PC | */s/  Dinita L. James*   . |

and
Ginny E. Webb
STRASBURGER & PRICE, LLP
*Attorneys for Defendant Trans Union*

Dinita L. James
GONZALEZ LAW, LLC
*Attorneys for Defendant Synchrony Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

James Burr Shields II
AIKEN SCHENK HAWKINS
& RICCIARDI, P.C.
2390 E. Camelback Rd., Ste 400
Phoenix, AZ 85016
(602) 776-3161
Burr@ashrlaw.com
*Attorney for Defendant Capital One*

Trinette G. Kent
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com
*Attorneys for Plaintiff*

Ginny E. Webb
(Admitted *Pro Hac Vice*)
STRASBURGER & PRICE, LLP
2801 Network Blvd., Ste. 600
Frisco, TX 75034
(469) 287-3907
Fax (469-227-6581
ginny.webb@strasburger.com
and
Philip R. Wooten
PHILIP R. WOOTEN PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
(480) 598-4331
Philip.wooten@azbar.org

Gregory S. Martin
(Admitted *Pro Hac Vice*)
JONES DAY
12265 El Camino Real
San Diego, CA 92130
(858) 314-1136
gmartin@jonesday.com
and
Jonathan R. Dessaules
DESSAULES LAW GROUP
5353 North 16th Street, Suite 110
Phoenix, Arizona 85016
(602) 274-5400
jdessaules@dessauleslaw.com
*Attorneys for Defendant Experian*

3

1. *Attorneys for Defendant Trans Union*

2. BRIAN J. SCHULMAN
3. NEDDA R. GALES
   GREENBERG TRAURIG, LLP
4. 2375 East Camelback Rd, Suite 700
   Phoenix, AZ 85016
5. (602) 445-8000
   SchulmanB@gtlaw.com
6. GalesN@gtlaw.com
7. *Attorneys for Defendant Chase*

Dinita L. James
GONZALEZ LAW, LLC
60 E. Rio Salado Parkway, Suite 900
Tempe, Arizona 85281
(480) 565-6400
dinita.james@gnzlaw.com
*Attorneys for Defendant Synchrony Bank*

8. /s/ *Amber Gingiloski*