# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-15-02354-PHX-GMS<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation for Dismissal (Doc. 65) and good cause appearing,

　　　　**IT IS ORDERED** dismissing Defendant Capital One Bank USA N.A. from this action with prejudice, with each party to bear his or its own attorneys' fees and costs.

　　　　Dated this 17th day of May, 2016.

_____
Honorable G. Murray Snow
United States District Judge