TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Fred Crandell*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell,<br><br>        Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>        Defendants. | Case No.: CV-15-02354-PHX-GMS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC, ONLY** |

NOW COMES the Plaintiff, Fred Crandell, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been

1

1 reached with Defendant Trans Union, LLC, ONLY, and is in the process of finalizing

2 settlement, which Plaintiff anticipates will be finalized within the next 60 days.

3

4    Plaintiff therefore requests that this honorable Court vacate all dates currently

5 set on calendar for the present matter.

6

7 DATED: July 14, 2016                              KENT LAW OFFICES

8

9

10                                By:   /s/   Trinette G. Kent
                                  Trinette G. Kent
11                                Attorneys for Plaintiff,
                                  Fred Crandell
12

2