# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell, | No. CV-15-02354-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

The Court has been advised that Plaintiff has reached a settlement with Defendant Trans Union, LLC, only.  (Doc. 82.)

**IT IS ORDERED** that Defendant Trans Union LLC only, will, without further Order of this Court, be dismissed within 60 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** Defendant Trans Union LLC only on **September 15, 2016** without further leave of Court.

Dated this 14th day of July, 2016.

Douglas L. Rayes
United States District Judge