TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Fred Crandell*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell, | Case No.: CV-15-02354-PHX-DLR |
| Plaintiff, | Hon. Douglas L. Rayes |
| vs. | |
| Experian Information Solutions, Inc. an Ohio corporation; Trans Union, LLC a Delaware limited liability company; Chase Bank USA, N.A., a National Association; Capital One Bank USA N.A., a National Association; and Synchrony Bank, an Ohio corporation. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF TRANS UNION, LLC, ONLY** |
| Defendants. | |

1

Plaintiff and Defendant Trans Union, LLC (hereinafter referred to as "Trans Union"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant Trans Union, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

By the signatures of their counsel below, Defendants Experian Information Solutions, Inc., Chase Bank USA, NA, and Synchrony Bank confirm pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that they have no objection to Plaintiff's dismissal of Defendant Trans Union.

DATED this 27th day of July, 2016

/s/ Philip R. Wooten .
Philip R. Wooten
PHILIP R. WOOTEN PC
and
Ginny E. Webb
STRASBURGER & PRICE, LLP
*Attorneys for Defendant Trans Union*

/s/ Dinita L. James .
Dinita L. James
GONZALEZ LAW, LLC
and
Raffi Kassabian
(Admitted *Pro Hac Vice*)
REED SMITH, LLP
*Attorneys for Defendant Synchrony Bank*

/s/ Trinette G. Kent .
Trinette G. Kent
KENT LAW OFFICES
*Attorney for Plaintiff*

/s/ Gregory Martin .
Gregory S. Martin
(Admitted *Pro Hac Vice*)
JONES DAY
and
Jonathan R. Dessaules
DESSAULES LAW GROUP
*Attorneys for Defendant Experian*

/s/ Andrew Soukup .
Brian J. Schulman
Nedda R. Gales
GREENBERG TRAURIG, LLP
and

Andrew Soukup
(Admitted *Pro Hac Vice*)
COVINGTON & BURLING LLP
*Attorneys for Defendant Chase*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Ginny E. Webb<br>(Admitted *Pro Hac Vice*)<br>STRASBURGER & PRICE, LLP<br>2801 Network Blvd., Ste. 600<br>Frisco, TX 75034<br>(469) 287-3907<br>Fax (469-227-6581<br>ginny.webb@strasburger.com<br>and<br>Philip R. Wooten<br>PHILIP R. WOOTEN PC<br>3413 E. Equestrian Trail<br>Phoenix, AZ 85044-3403<br>(480) 598-4331<br>Philip.wooten@azbar.org<br>*Attorneys for Defendant Trans Union*<br><br>Dinita L. James<br>GONZALEZ LAW, LLC<br>60 E. Rio Salado Parkway, Suite 900<br>Tempe, Arizona 85281<br>(480) 565-6400<br>dinita.james@gnzlaw.com<br>and<br>Raffi Kassabian (Admitted *Pro Hac Vice*)<br>REED SMITH, LLP<br>355 S. Grand Ave. | Trinette G. Kent<br>KENT LAW OFFICES<br>10645 North Tatum Blvd., Suite 200-192<br>Phoenix, AZ 85028<br>Telephone: (480) 247-9644<br>Facsimile: (480) 717-4781<br>E-mail: tkent@kentlawpc.com<br>*Attorneys for Plaintiff*<br><br>Gregory S. Martin<br>(Admitted *Pro Hac Vice*)<br>JONES DAY<br>12265 El Camino Real<br>San Diego, CA 92130<br>(858) 314-1136<br>gmartin@jonesday.com<br>and<br>Jonathan R. Dessaules<br>DESSAULES LAW GROUP<br>5353 North 16th Street, Suite 110<br>Phoenix, Arizona 85016<br>(602) 274-5400<br>jdessaules@dessauleslaw.com<br>*Attorneys for Defendant Experian*<br><br>BRIAN J. SCHULMAN<br>NEDDA R. GALES |

3

1 | Los Angeles, CA 90071
2 | (213) 457-8118
  | RKassabian@ReedSmith.com
3 | *Attorneys for Defendant Synchrony Bank*

GREENBERG TRAURIG, LLP
2375 East Camelback Rd, Suite 700
Phoenix, AZ 85016
(602) 445-8000
SchulmanB@gtlaw.com
GalesN@gtlaw.com
and
Andrew Soukup (Admitted Pro Hac Vice)
COVINGTON & BURLING LLP
One City Center, 850 Tenth St. NW
Washington, D.C.  20001
(202) 662-6000
asoukup@cov.com
*Attorneys for Defendant Chase*

*/s/ Amber Gingiloski*