# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell, | No. CV-15-02354-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal with prejudice of Trans Union, LLC, only. (Doc. 88.) For good cause shown,

**IT IS ORDERED** that Defendant Trans Union, LLC ("Trans Union"), only, is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

Dated this 27th day of July, 2016.

Douglas L. Rayes
United States District Judge