TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Fred Crandell*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell, | Case No.: CV-15-02354-PHX-DLR |
| Plaintiff, | Hon. Douglas L. Rayes |
| vs. | |
| Experian Information Solutions, Inc. an Ohio corporation; Trans Union, LLC a Delaware limited liability company; Chase Bank USA, N.A., a National Association; Capital One Bank USA N.A., a National Association; and Synchrony Bank, an Ohio corporation. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF SYNCHRONY BANK, ONLY** |
| Defendants. | |

Plaintiff and Defendant Synchrony Bank (hereinafter referred to as "Synchrony"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant Synchrony, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

By the signatures of their counsel below, Defendants Chase Bank USA, NA, and Experian Information Solutions, Inc. confirm pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that they have no objection to Plaintiff's dismissal of Defendant Synchrony.

DATED this 2nd day of September, 2016.

/s/ Raffo Kassabian                      .
Dinita L. James
GONZALEZ LAW, LLC
and
Raffi Kassabian
(Admitted *Pro Hac Vice*)
REED SMITH, LLP
*Attorneys for Defendant Synchrony Bank*

/s/ Gregory Martin              .
Gregory S. Martin
(Admitted *Pro Hac Vice*)
JONES DAY
and
Jonathan R. Dessaules
DESSAULES LAW GROUP
*Attorneys for Defendant Experian*

/s/  Trinette G. Kent                 .
Trinette G. Kent
KENT LAW OFFICES
*Attorney for Plaintiff*

/s/ Andrew Soukup                  .
Brian J. Schulman
Nedda R. Gales
GREENBERG TRAURIG, LLP
and
Andrew Soukup
(Admitted *Pro Hac Vice*)
COVINGTON & BURLING LLP
*Attorneys for Defendant Chase*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Dinita L. James
GONZALEZ LAW, LLC
60 E. Rio Salado Parkway, Suite 900
Tempe, Arizona 85281
(480) 565-6400
dinita.james@gnzlaw.com
and
Raffi Kassabian (Admitted *Pro Hac Vice*)
REED SMITH, LLP
355 S. Grand Ave.
Los Angeles, CA 90071
(213) 457-8118
RKassabian@ReedSmith.com
*Attorneys for Defendant Synchrony Bank*

BRIAN J. SCHULMAN
NEDDA R. GALES
GREENBERG TRAURIG, LLP
2375 East Camelback Rd, Suite 700
Phoenix, AZ 85016
(602) 445-8000
SchulmanB@gtlaw.com
GalesN@gtlaw.com
and
Andrew Soukup (Admitted Pro Hac Vice)
COVINGTON & BURLING LLP
One City Center, 850 Tenth St. NW
Washington, D.C. 20001
(202) 662-6000
asoukup@cov.com
*Attorneys for Defendant Chase*

Trinette G. Kent
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com
*Attorneys for Plaintiff*

Gregory S. Martin
(Admitted *Pro Hac Vice*)
JONES DAY
12265 El Camino Real
San Diego, CA 92130
(858) 314-1136
gmartin@jonesday.com
and
Jonathan R. Dessaules
DESSAULES LAW GROUP
5353 North 16th Street, Suite 110
Phoenix, Arizona 85016
(602) 274-5400
jdessaules@dessauleslaw.com
*Attorneys for Defendant Experian*

*/s/ Amber Gingiloski*