# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-15-02354-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation for Dismissal with prejudice of Experian Information Solutions, Inc., only. (Doc. 97.) For good cause shown,

**IT IS ORDERED** that Defendant Experian Information Solutions, Inc., only, is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

Dated this 8th day of September, 2016.

Douglas L. Rayes
United States District Judge