# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell, | No. CV-15-02354-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal with prejudice of Synchrony Bank, only. (Doc. 98.) For good cause shown,

**IT IS ORDERED** that Defendant Synchrony Bank, only, is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

Dated this 8th day of September, 2016.

_____
Douglas L. Rayes
United States District Judge