# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Crandell,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-15-02354-PHX-DLR<br><br>**ORDER** |

　　　The Court has reviewed the parties' Stipulation for Dismissal with prejudice of Chase Bank USA, N.A., only. (Doc. 99.) For good cause shown,

　　　**IT IS ORDERED** that Defendant Chase Bank USA, N.A., only, is dismissed with prejudice.  Each party shall bear his or its own attorneys' fees and costs included herein.

　　　**IT IS FURTHER ORDERED** vacating all pending hearings.

　　　Dated this 9th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　United States District Judge